UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LANDIS RAYMOND LUCAS | ) | CASE NO. 10-76439-JB |
| LINDA ROSEMARY LUCAS, | ) | |
| DEBTORS | ) | |
| | ) | |

---

| | | |
|---|---|---|
| LANDIS RAYMOND LUCAS | ) | |
| LINDA ROSEMARY LUCAS, | ) | |
| PLAINTIFF | ) | |
| | ) | ADV NO. |
| v. | ) | |
| | ) | JUDGE BIHARY |
| WELLS FARGO BANK, N.A., | ) | |
| DEFENDANT | ) | |

COMPLAINT FOR TURNOVER OF FUNDS
(11 U.S.C. Section 101 (10)(C), 11 U.S.C. Section 543, 11 U.S. C. Section 1301 et.
seq., 11 U.S.C. Section 542 (a))

COME NOW Plaintiffs, by and through their attorney of record, Boniface G. Echols, to allege and complain as follows:

I. PARTIES AND JURISDICTION
II.

1. Plaintiffs filed a Voluntary Petition in Bankruptcy for relief under Chapter 7 of Title 11 of the United States Code on June 2, 2010. Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334, and 11 U.S.C. § 523; this proceeding is a core proceeding.

2. Defendant is a foreign corporation licensed to do business in the State of Georgia with all fees and licenses paid, and otherwise is subject to the jurisdiction of this Court.

3. Defendant is a creditor in this bankruptcy proceeding.

### III. CAUSE OF ACTION
### IV.

4. Plaintiffs re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 3, above.

5. The Defendant, Wells Fargo Bank, N.A., placed a hold on the Debtors' checking account(s) with Wachovia Bank, N.A., which is owned by Wells Fargo Bank, N.A.. Wells Fargo Bank placed a hold in order to preserve funds for the trustee. The hold was placed on the Debtor's account post-filing, and with full knowledge that the automatic stay was in effect.

6. The Debtor's interest in the funds is the property of the Debtor's Estate in bankruptcy and is subject to turnover pursuant to 11 U.S.C. Section 101 (10)(C), 11 U.S.C. Section 543, 11 U.S. C. Section 1301 et. seq., 11 U.S.C. Section 542 (a), In Re Robinson 36 B.R. 35 (Bkrtcy. 1983)

### III. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

1. That the Court order the Defendant, or any authorized agent or representative of the same, to release the funds to the Debtors.

2. An order awarding Plaintiffs' its attorneys' fees and costs incurred herein; and

3. An order awarding Plaintiffs damages for fees charged by Wachovia Bank, N.A. for non sufficient funds and any other fees occurred as a result of this hold on the checking account(s) as such additional relief as this Court deems just and equitable.

Date: June 11, 2010

_____/S/
**Boniface G. Echols, Attorney for Plaintiffs**
Echols & Associates, LLC
Suite 215, 2385 Wall Street
Conyers, GA 30013
Phone: (404) 508-4571
Fax : (678) 298-9951
Email: echolsbcy@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| LANDIS RAYMOND LUCAS | ) | CASE NO. 10-76439-JB |
| LINDA ROSEMARY LUCAS, | ) | |
| DEBTORS | ) | |
| | ) | |

------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| LANDIS RAYMOND LUCAS | ) | |
| LINDA ROSEMARY LUCAS, | ) | |
| PLAINTIFFS | ) | |
| | ) | ADV NO. |
| v. | ) | |
| | ) | JUDGE BIHARY |
| WELLS FARGO BANK, N.A., | ) | |
| DEFENDANT | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following with a copy of the foregoing **complaint for turnover of funds** by depositing a copy with sufficient postage.

Landis Raymond Lucas
Linda Rosemary Lucas
289 Fox Run
Loganville, GA 30052

Edwin K. Palmer, Trustee
P.O. Box 1284
Decatur, GA 30031

U.S. Trustee
Office of the US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303

Wells Fargo Bank, N.A.
Luana Tafoya
2701 NW Vaughn Street
Portland, OR 97210

Wells Fargo Bank, National Association (Inc.)
101 N. Phillips Avenue
Sioux Falls, SD 57104

Corporation Service Company
Registered Agent for Wells Fargo Bank, National Association (Inc.)
40 Technology Parkway South, Suite 300
Norcross, GA 30092

Wells Fargo Bank, National Association (Inc.)
C/o Carrie Tostedt, CEO
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Bank, National Association (Inc.)
C/o Howard I. Atkins, CFO
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Bank, National Association (Inc.)
C/o M. Keith Jackson, Secretary
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wachovia Bank, National Association
301 South College Street
Charlotte, NC 28288

Corporation Service Company
Registered Agent for Wachovia Bank, National Association
40 Technology Parkway South, Suite 300
Norcross, GA 30092

Wachovia Bank, National Association
C/o John G. Stumpf, CEO
301 South College Street
Charlotte, NC 28288

Wachovia Bank, National Association
C/o Howard I. Atkins, CFO
301 South College Street
Charlotte, NC 28288

Wachovia Bank, National Association
C/o Donna M. Harris, Secretary
301 South College Street
Charlotte, NC 28288


Date: June 12, 2010.

_____/S/
**Boniface G. Echols, Attorney for Plaintiffs**
Echols & Associates, LLC
Suite 215, 2385 Wall Street
Conyers, GA 30013
Phone: (404) 508-4571
Fax : (678) 298-9951
Email: echolsbcy@yahoo.com