UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LANDIS RAYMOND LUCAS | ) | CASE NO. 10-76439-JB |
| LINDA ROSEMARY LUCAS, | ) | |
| DEBTORS | ) | |
| | ) | |

-------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| LANDIS RAYMOND LUCAS | ) | |
| LINDA ROSEMARY LUCAS, | ) | |
| PLAINTIFF | ) | |
| | ) | ADV NO. 10-06272-JB |
| v. | ) | |
| | ) | JUDGE BIHARY |
| WELLS FARGO BANK, N.A., | ) | |
| DEFENDANT | ) | |

**WITHDRAWAL OF COMPLAINT FOR TURNOVER OF FUNDS**

COMES NOW Debtor and hereby withdraw the Adversary Complaint for Turnover of Funds (doc. No. 3) filed in this case on June 11, 2010.

Respectfully submitted,
/s/Boniface G. Echols_____
Boniface G. Echols, Attorney for Debtor
Georgia Bar No. 238325
Echols & Associates
Suite 216, 2385 Wall Street
Conyers, GA 30013
(404) 508-4571
Fax : (404) 508-4553
Email: echolsbcy@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LANDIS RAYMOND LUCAS | ) | CASE NO. 10-76439-JB |
| LINDA ROSEMARY LUCAS, | ) | |
| DEBTORS | ) | |
| | ) | |

---

| | | |
|---|---|---|
| LANDIS RAYMOND LUCAS | ) | |
| LINDA ROSEMARY LUCAS, | ) | |
| PLAINTIFF | ) | |
| | ) | ADV NO. 10-06272-JB |
| v. | ) | |
| | ) | JUDGE BIHARY |
| WELLS FARGO BANK, N.A., | ) | |
| DEFENDANT | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on this day I served a copy of the within "Withdrawal" filed in this Bankruptcy Case upon the following by depositing a copy of same in the United States Mail with sufficient postage thereon to ensure delivery to:

Landis Raymond Lucas
Linda Rosemary Lucas
289 Fox Run
Loganville, GA 30052

Edwin K. Palmer, Trustee
P.O. Box 1284
Decatur, GA 30031

U.S. Trustee
Office of the US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303

Wells Fargo Bank, N.A.
Luana Tafoya
2701 NW Vaughn Street
Portland, OR 97210

Wells Fargo Bank, National Association (Inc.)
101 N. Phillips Avenue
Sioux Falls, SD 57104

Corporation Service Company
Registered Agent for Wells Fargo Bank, National Association (Inc.)
40 Technology Parkway South, Suite 300
Norcross, GA 30092

Wells Fargo Bank, National Association (Inc.)
C/o Carrie Tostedt, CEO
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Bank, National Association (Inc.)
C/o Howard I. Atkins, CFO
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Bank, National Association (Inc.)
C/o M. Keith Jackson, Secretary
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wachovia Bank, National Association
301 South College Street
Charlotte, NC 28288

Corporation Service Company
Registered Agent for Wachovia Bank, National Association
40 Technology Parkway South, Suite 300
Norcross, GA 30092

Wachovia Bank, National Association
C/o John G. Stumpf, CEO
301 South College Street
Charlotte, NC 28288

Wachovia Bank, National Association
C/o Howard I. Atkins, CFO
301 South College Street
Charlotte, NC 28288

Wachovia Bank, National Association
C/o Donna M. Harris, Secretary
301 South College Street
Charlotte, NC 28288

Date: July 9, 2010.

_____/S/
**Boniface G. Echols, Attorney for Plaintiffs**
Echols & Associates, LLC
Suite 215, 2385 Wall Street
Conyers, GA 30013
Phone: (404) 508-4571
Fax : (678) 298-9951
Email: echolsbcy@yahoo.com